UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., ET AL.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>COUNTY OF KERN, ET AL.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01593-ADA-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER<br><br>(ECF No. 31) |

　　　　Plaintiffs initiated this action by filing a Complaint on October 29, 2021. (ECF No. 1). On February 2, 2022, the Court issued a Scheduling Order (ECF No. 18), and on August 19, 2022, by the parties' request, the Court amended the Scheduling Order. (ECF No. 27).

　　　　On January 25, 2023, the parties filed a stipulation seeking to amend the due date for the Designation of Expert Witnesses, and the Rebuttal Designation of Expert Witnesses. (ECF No. 31). The parties represent that one of the experts experienced a personal matter and requires more time to complete his Rule 26 Expert Report. (*Id*. at 2). The parties' representations satisfy the requirements under Fed. R. Civ. P. 16(b)(4) to show good cause and diligence. *See Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992).

　　　　Accordingly, based on the parties' representations in the stipulation and for good cause shown, IT IS HEREBY ORDERED that the following dates and deadlines are continued as follows:

1. Designation of Expert Witnesses, previously due January 27, 2023, is now due <u>February 10, 2023</u>.
2. Rebuttal Designation of Expert Witnesses, previously due February 27, 2023, is now due <u>March 13, 2023</u>.

IT IS SO ORDERED.

Dated:   **January 26, 2023**             _____
                                          UNITED STATES MAGISTRATE JUDGE