UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KERN, ET AL., <br><br> Defendants. | Case No. 1:21-cv-01593-ADA-CDB <br><br> ORDER ON STIPULATION AMENDING SCHEDULING ORDER <br><br> (ECF No. 35) |

Pending before the Court is the parties' second stipulated request to extend dates relating to expert discovery. In their stipulation, the parties represent that Defendants' police practices expert is experiencing a personal matter and cannot complete his Rule 26 report in a timely fashion. The parties' representations and request for a limited, modest extension of dates satisfies the requirements under Fed. R. Civ. P. 16(b)(4) to show good cause and diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Accordingly, based on the parties' representations in the stipulation and for good cause shown, IT IS HEREBY ORDERED that the following dates and deadlines are continued as follows:

1. Designation of Expert Witnesses, previously due February 10, 2023, is now due <u>March 6, 2023</u>.

2. Designation of Rebuttal Expert Witnesses, previously due March 13, 2023, is now due

1  April 6, 2023.

2  3. Expert Discovery, previously scheduled to close on March 29, 2023, will now close on
3  May 8, 2023.

4  IT IS SO ORDERED.

5  Dated:   **February 8, 2023**            _____
6                                           UNITED STATES MAGISTRATE JUDGE